AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**
vs.
Alfredo BALDERAS-Rivera

**CRIMINAL COMPLAINT**

Case Number: C-22-0006M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 03, 2022** in **Brooks** County, in the **Southern District Of Texas** defendant(s)

Alfredo BALDERAS-Rivera, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Falfurrias, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On January 03, 2022, Border Patrol Agents encountered Alfredo BALDERAS-Rivera, at the United States Border Patrol Checkpoint near Falfurrias, Texas. Agents determined Alfredo BALDERAS-Rivera to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed Alfredo BALDERAS-Rivera was ordered removed from the United States by a designated official on August 30, 2016 and was physically removed from the United States to Mexico on August 30, 2016 via Brownsville, TX. Alfredo BALDERAS-Rivera stated he last entered the United States illegally on or about December 01, 2021 near Hidalgo, Texas.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

Mendoza Jr., Ramon    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

January 04, 2022                                          at    Corpus Christi, Texas
Date                                                                City/State

Mitchel Neurock    U. S. Magistrate Judge                           Signature of Judge
Name of Judge      Title of Judge

## AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| Alfredo BALDERAS-Rivera | Case Number: C-22-0006M |

At this time, there is no evidence to indicate Alfredo BALDERAS-Rivera has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to the Assistant United States Attorney's Office which accepted the case for prosecution of 8 USC 1326, Re-entry after Deportation.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on __4th__ day of __January, 2022__

_____
Signature of Judicial Officer

Mendoza Jr., Ramon  Border Patrol Agent
Signature of Complainant